**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 15-49466-659 |
| RALPH E SPRADLEY ) | Chapter 13 |
| SHIRLEY A SPRADLEY ) | |
| ) | Re: Objection to Claim 8 filed by |
| ) | PULASKI BANK |
| ) | Acct: 1265 |
| ) | Amount: $14,914.27 |
| **Debtors** ) | Response Due: March 21, 2016 |
| ) | |

### TRUSTEE'S OBJECTION TO CLAIM 8

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of PULASKI BANK dated February 15, 2016, should be allowed but the Court should direct the Trustee to refrain from making payments on the claim. The Chapter 13 plan identifies the debt as secured and provides for the claim to be paid directly by the Debtor and not the Trustee. The claim identifies the debt as a general unsecured claim. WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: February 29, 2016 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--SJC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of February 29, 2016.

/s/ John V. LaBarge, Jr.

RALPH E SPRADLEY
SHIRLEY A SPRADLEY
4233 E GARFIELD AVE
SAINT LOUIS, MO  63113

PULASKI BANK
12300 OLIVE BLVD
ST LOUIS, MO  63141

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123

KING KREHBIEL HELLMICH ET AL
2000 S HANLEY RD
ST LOUIS, MO  63144-1524